**PETER E. BRIXIE, S.B.#124186**
Attorney at Law
410 Twelfth Street, Suite One
Sacramento, CA 95814
Telephone: (916) 658-1880
Facsimile: (916) 658-1884

Attorney for SEYMOUR ISAAC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| SEYMOUR ISAAC,<br><br>Plaintiff,<br><br>vs.<br><br>Michael J. Astrue, Commissioner of Social Security,<br><br>Defendant. | CASE NO.:   2:07-CV-00442-GGH<br><br>Stipulation and Order Extending Time to File and Serve Motion |
|---|---|

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file a motion for summary judgment in the above-referenced case is hereby extended to the new filing date of November 19, 2007.  The extension is needed due to press of business in plaintiff's attorney's office.

1  This is the 1st request for extension by plaintiff.

2  Dated: 10/16/07                                   /s/Peter Brixie
3                                                    PETER BRIXIE
                                                     Attorney at Law
4
                                                     Attorney for Plaintiff
5

6  Dated: 10/19/07
                                        By:          /s/Donna Montano
7                                                    DONNA MONTANO
                                                     Special Assistant U. S. Attorney
8
                                                     Attorney for Defendant
9

10                              __ooo__

11 APPROVED AND SO ORDERED

12 Dated: 10/23/07                                   /s/ Gregory G. Hollows
                                                     GREGORY G. HOLLOWS
13                                                   United States Magistrate Judge

14 isaac.ord