1  McGREGOR W. SCOTT
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   DONNA M. MONTANO CSBN 165628
4  Special Assistant U.S. Attorney
   333 Market Street, Suite 1500
5  San Francisco, CA 94105
   Telephone: (415) 977-8985
6  Fax: (415) 744-0134

7  Attorneys for Defendant

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10
   SEYMOUR ISAAC,                    )    2:07-V-00442-GGH
11                                    )
                   Plaintiff,         )    STIPULATION AND PROPOSED
12                                    )    ORDER TO EXTEND TIME TO FILE
                   v.                 )    RESPONSE TO PLAINTIFF'S MOTION
13                                    )    FOR SUMMARY JUDGMENT
   MICHAEL J. ASTRUE,                 )
14 Commissioner of Social            )
   Security,                         )
15                                    )
                   Defendant.         )
16 _____)

17
        The parties, through their respective counsel, stipulate that
18
   the time for Defendant to respond to Plaintiff's motion for summary
19
   judgment be extended from December 19, 2007 to and including January
20
   18, 2008.
21
        Defendant requests this extension for good cause, that being
22
   that the undersigned counsel was recently substituted as counsel and
23
   needs more time to review the record and prepare an appropriate
24
   response to Plaintiff's motion for summary judgment.  All other
25
   dates in the Courts Scheduling Order are extended accordingly.
26
   This is Defendant's first request for an extension of time to
27
28                                   1

1  respond to Plaintiff's motion.

2                              Respectfully submitted,

3                              /s/ Peter E Brixie*
   Dated:12/18/07
4                              _____
                               PETER E. BRIXIE  (*phone consent 12/18)
5                              Attorney for Plaintiff

6
   Dated:12/18/07             McGREGOR W. SCOTT
7                              United States Attorney

8
                               /s/ Donna Montano
9                              _____
                               DONNA M. MONTANO
10                             Special Assistant U.S. Attorney

11                             Attorneys for Defendant

12

13 **IT IS SO ORDERED:**

14

15 Dated:  _Dec. 21, 2007_     GREGORY G. HOLLOWS

16                             _____
                               GREGORY G. HOLLOWS
17                             United States Magistrate Judge

18

19

20

21

22

23

24

25

26

27

28                                    2